11-2022-CA-001066-0001-XX

Case 2:22-cv-00462-JES-K_D    Document 4    Filed 08/02/22    Page 1 of 86 PageID 403
Filing # 152232549 E-Filed 06/27/2022 12:27:47 PM

EXHIBIT "A"

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN
AND FOR COLLIER COUNTY, FLORIDA

COMMODORE CLUB, UNIT 1, INC,                    CASE NO:
    *Plaintiff,*

vs.

LEXINGTON INSURANCE
COMPANY
    *Defendant.*

_____/

## **COMPLAINT**

COMES NOW Plaintiff, COMMODORE CLUB, UNIT 1, INC., (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, and pursuant to the Fla. Rules of Civ. Pro., files this Complaint against the Defendant, LEXINGTON INSURANCE COMPANY (hereinafter referred to as "Defendant" and/or "Lexington"), and alleges the following:

1.    This is an action for damages exceeding Thirty Thousand Dollars ($30,000), exclusive of attorney's fees, interests, and costs.

2.    At all times material hereto, the Plaintiff, Commodore Club, Unit 1, Inc., was and is a domestic condominium association, whose property is located in Collier County, Florida.

3.    At all times material hereto, the Defendant, Lexington Insurance Company, was and is a domestic insurance company licensed and authorized to do business in Collier County, Florida.

4.    Venue is proper in Collier County, Florida, wherein this action accrued and where the subject property is located.

---

5.      At all times material hereto, in consideration for premiums paid by Plaintiff, there was in full force and effect a policy of insurance issued by Defendant Lexington, bearing policy number 41-LX-067045188-2 with effective dates of February 01, 2017 through February 01, 2018 (hereinafter referred to as the "Policy"). *Attached hereto as Exhibit "A" is a copy of the Policy.*

6.      Under the terms of the Policy, Defendant agreed to insure Plaintiff against certain losses to Plaintiff's property, located at 222 Harbour Drive, Naples, FL 34103 (hereinafter referred to as the "Property").

7.      On or about September 10, 2017, when the above-referenced insurance policy was in full force and effect, Plaintiff suffered a covered loss to the Property: a severe storm catastrophe.

8.      The Policy insured the Property against the type of loss and damage suffered.

9.      Plaintiff promptly reported the loss to Defendant. Defendant acknowledged same and assigned claim number LXCC-4077A9 to this loss. All other conditions precedent to entitle Plaintiff to coverage and benefits under the Policy have been satisfied.

10.     Despite demand for payment pursuant to the covered loss under the Policy, Defendant has failed and refused to pay the full benefits necessary to repair the Property, has failed to pay to repair or replace those items which were specifically damaged as a result of this loss, and has substantively denied specific and explicit coverage provisions of the Policy.

11.     Under the terms of the Policy, Defendant is liable to Plaintiff for the total amount of the loss, within the Policy limits, less any applicable deductible.

12.     Plaintiff and Defendant disagree as to the facts surrounding the coverage of the loss and the value thereof.

13.     Upon initial investigation and inspection of the Property, Defendant wrongfully advised Plaintiffs that the damage observed at the Property was not caused by a hurricane.

---

However, after diligent inspections by Plaintiff's qualified representatives, it was obvious that the Property sustained damages as a result of a hurricane, which is a covered loss under the Policy.

14.      The covered damages on the Property were obvious had Defendant conducted an impartial and adequate inspection of the premises.

15.      As a result of the storm event that damaged the Property, Plaintiff has incurred expenses in repairing the Property in an attempt to protect the Property from any further damage. The need for such repairs was not present prior to the storm date on or about September 10, 2017, as there was no storm damage to the Property prior to the date of loss. The weather event was the cause of the damages sustained on the Property, all of which are covered and owed the Plaintiffs pursuant to the terms of the Policy.

16.      Defendant has breached the Policy by refusing to pay the covered damages to the Property pursuant to the Policy.

17.      The insured Plaintiff has suffered, and continues to suffer, damages resulting from Defendant's breach of the Policy.

18.      Plaintiff, through counsel, has filed a Notice of Intent to Initiate Litigation, pursuant to Florida Statute § 627.70152(3).

19.      All other conditions precedent pursuant to Florida Statutes have been met.

20.      The insured Plaintiff has been obligated to retain the undersigned attorney(s) for the prosecution of this action and are entitled to reasonable attorney's fees pursuant to Florida Statute Section 627.70152, Florida Statute Section 627.428, Florida Statute Section 624.155(4), and/or Florida Statute 626.9373.

## COUNT I – BREACH OF CONTRACT

21.      Plaintiff reincorporates paragraphs 1 through 20 as if fully set forth herein.

22.    The Policy constitutes a valid and binding contract between Plaintiff and Defendant.

23.    That on or about September 10, 2017, when the above-referenced insurance policy was in full force and effect with all premiums paid, Plaintiff suffered a covered loss: a storm catastrophe.

24.    Plaintiff has fully performed under the Policy and has demanded that Defendant perform, however Defendant has refused to perform and has materially breached the Contract.

25.    Plaintiff has satisfied all pre-loss and post-loss duties under the Policy, including but not limited to:

    i.    Give prompt notice of the loss to Defendant;

    ii.    Taking all reasonable steps necessary to protect the Property from further damage; and

    iii.    Make any reasonable and necessary repairs, whether temporary or permanent, to protect the Property from further damage.

26.    Accordingly, Plaintiff has made diligent efforts to complete the reasonable repairs to the Property and has mitigated the damages sustained.

27.    Defendant has committed the following in contravention to its material obligations under the Policy:

    i.    Failing to fully and properly investigate and adjust the claim;

    ii.    Refusing to pay the full value of the claim;

    iii.    Issuance of an improper denial;

    iv.    Refusing to acknowledge all applicable coverages and provide payment to Plaintiff pursuant thereto; and

v.    Further acts as may be revealed in discovery.

28.    As a direct and proximate result of Defendant's breaches of the Policy, Plaintiff has suffered and continues to suffer damages.

29.    Plaintiff has become obligated to engage the undersigned attorney for the prosecution of this action and is entitled to reasonable attorney's fees.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against the Defendant for the full amount of damages, including prejudgment interest pursuant to Fla. Statutes 627.70131, and/or otherwise, attorney's fees and costs pursuant to Fla. Statute Sections 627.70152 and 627.428, in addition to any other relief that this Court deems just and proper.

**Plaintiff hereby demands a jury trial on all issues so triable.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been electronically filed with the Florida Courts E-Filing Portal System on this 27th day of June, 2022, and copies furnished by initial Service of Process.

Respectfully submitted,

*/s/ Calsie M. Boyd*
**CALSIE M. BOYD**
**Florida Bar No.: 1028776**
MCCLENNY, MOSELEY & ASSOCIATES, PLLC
1415 Louisiana Street, Suite 2900
Houston, Texas 77002
(713) 334-6121- Telephone
(713) 322-5953- Fax
calsie@mma-pllc.com
lauren@mma-pllc.com

**ATTORNEY FOR PLAINTIFF**



# **FL Surplus Lines - Policy Cover Sheet**

Insured: Commodore Club, Unit 1, Inc.

Policy # 41-LX-067045188-2

Surplus Lines Agent's Name: William Kanehann – License #D005653
Surplus Lines Agent's Address: 16301 Quorum Dr, Suite 130B
Addison, TX 75001

Producing Agent: Brian Hipwell of Insurance and Risk Management Services, Inc.
Producer Address: 8950 Fontana Del Sol Way #200
Naples, FL 34109

Notice to Insured:

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA
SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS
LINES CARRIERS DO NOT HAVE THE PROTECTION OF
THE FLORIDA INSURANCE GUARANTY ACT TO
THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE
OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

**SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE
NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.**

**NSM Insurance Group**
**555 North Lane, Suite 6060**
**Conshohocken, PA 19428**
**610-941-9877**





# YORK

## CLAIM REPORTING PROCEDURES

All liability and property claims for the **NSM's Coastal Condominium Program** regardless of severity or location should be reported to the YORK Claims Intake Center. The YORK Claims Intake Center is ready to accept new losses and provides different options for you to submit new loss reports:

**Phone:** 877-371-9774

**Fax:**      800-393-8104

**Email:** 1305LXCC@YORKRSG.COM

**Mail:**     **York Risk Services Group, Inc**
              **Attn. OSC**
              **P.O. Box 183188**
              **Columbus, OH 43218-3188**

**To expedite the handling of your new claim, the following information must be provided when reporting a claim:**

1. **York Client Code: 1305**

2. **Named Insured:** _____

3. **Policy Number:** _____

The York Claims Intake Center will review all claims notices upon receipt and assign to the York handling branch office. A claim acknowledgement will then be transmitted to the designated individuals advising of the York claim number and the adjuster assigned to the claim.

**Key Contacts:**

OSC Contact:  Jacob A. Banker, Assistant Vice President
              Email: Jacob.Banker@Yorkrsg.com
              Contact #:  (916) 580-2453

York Contact:  Dena Noerr, AVP Client Services
              Email: dena.noerr@Yorkrsg.com
              Contact #: (609)948-5816

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE
### (COVERAGE INCLUDED)

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security, and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning January 1, 2016; 83% beginning January 1, 2017; 82% beginning January 1, 2018; 81% beginning January 1, 2019 and 80% beginning on January 1, 2020 of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is $    468, and does not include any charges for the portion of losses covered by the United States Government under the Act.


Policy No.   41-LX-067045188-2
Named Insured COMMODORE CLUB, UNIT 1, INC

96556 (1/15)
Copyright 2015 National Association of Insurance Commissioners

02-07-17                          Page    1 of    1

LEXINGTON INSURANCE COMPANY
Administrative Offices: 100 Summer Street, Boston, Massachusetts 02110-2103

Policy Number:  41-LX-067045188-2

Named Insured:  COMMODORE CLUB, UNIT 1, INC

Effective Date:  02-01-17

**SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY**

FL HB # 853

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG).  The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy.  You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aig.com/producercompensation or by calling 1-800-706-3102.

91222 (04-13)

# Common Policy Declarations

### RENEWAL DECLARATION

| | |
|---|---|
| **NAME AND ADDRESS OF PRODUCER**<br><br>NSM Insurance Group<br>555 North Lane, Suite 6060<br>Conshohocken, PA 19428<br>00000 0000 | **INSURANCE COMPANY**<br>Lexington Insurance Company<br>(a capital stock company)<br>99 High Street<br>Boston                MA 02110 |
| **NAME AND MAILING ADDRESS OF INSURED**<br><br>COMMODORE CLUB, UNIT 1, INC<br>2675 HORSESHOE DR SOUTH, #401<br>NAPLES              FL 34104 | **POLICY NUMBER**           **RENEWAL OF**<br>41-LX -067045188-2/000  41-LX-067045188-1<br>**POLICY PERIOD**<br>  FROM: 02-01-17   TO: 02-01-18<br><br>at 12:01 A.M. standard time at the mailing address shown. |

**THE NAMED INSURED IS :**  ASSOCIATION      **BUSINESS DESC :** RESIDENTIAL CONDOMINIUM

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.  THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
|---|---|
| COMMERCIAL PROPERTY COVERAGE PART | 47,270 |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | NOT COVERED |
| COMMERCIAL CRIME COVERAGE PART | NOT COVERED |
| COMMERCIAL INLAND MARINE COVERAGE PART | NOT COVERED |
| COMMERCIAL AUTO COVERAGE PART | NOT COVERED |
| GARAGE COVERAGE PART | NOT COVERED |
| MISCELLANEOUS PROFESSIONAL LIABILITY | NOT COVERED |
| **TOTAL ADVANCED PREMIUM** | **$47,270** |

THE POLICY WRITING NONREFUNDABLE MINIMUM PREMIUM IS $35,453

FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS
89644 (06-13)   IL0017 (11-98)   76105 (02-09)   PRG2040(07-06)   118477 (03-15)   PRG2023(05-14)
101762 (06-09)

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

# Common Policy Declarations

### RENEWAL DECLARATION

| | |
|---|---|
| **NAME AND ADDRESS OF PRODUCER**<br><br>NSM Insurance Group<br>555 North Lane, Suite 6060<br>Conshohocken, PA 19428          00000 0000 | **INSURANCE COMPANY**<br>Lexington Insurance Company<br>(a capital stock company)<br>99 High Street<br>Boston                    MA 02110 |
| **NAME AND MAILING ADDRESS OF INSURED**<br><br>COMMODORE CLUB, UNIT 1, INC<br>2675 HORSESHOE DR SOUTH, #401<br>NAPLES                    FL 34104 | **POLICY NUMBER**              RENEWAL OF<br>41-LX -067045188-2/000  41-LX-067045188-1<br>**POLICY PERIOD**<br>   FROM: 02-01-17   TO: 02-01-18<br><br>at 12:01 A.M. standard time at the mailing address shown. |

FL SL: $2,365.25          FSLSO: $70.96                POLICY FEE: $35.00
EMPA: $4.00

BY: _____
              AUTHORIZED REPRESENTATIVE

# Commercial  Property

## RENEWAL  DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| NSM Insurance Group<br>555 North Lane, Suite 6060<br>Conshohocken, PA 19428                    00000 0000 | Lexington Insurance Company<br>(a capital stock company)<br>99 High Street<br>Boston                              MA 02110 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER              RENEWAL OF |
|---|---|
| COMMODORE CLUB, UNIT 1, INC<br>2675 HORSESHOE DR SOUTH, #401<br>NAPLES                    FL 34104 | 41-LX -067045188-2/000 41-LX-067045188-1<br>POLICY PERIOD<br>   FROM: 02-01-17   TO: 02-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

### BUILDING-1

**PREM. NO.  1    BLDG. NO.  1**

"LIMIT OF INSURANCE" IS THE TOTAL FOR ALL LOCATIONS.
INDIVIDUAL BUILDING LIMITS APPLY, PER SCHEDULE ON FILE.
BLANKET LIMITS ARE NOT PROVIDED.

### COVERAGES  PROVIDED

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED $ | COINS | LIMIT OF INSURANCE $ |
|---|---|---|---|---|
| BUILDING | SPECIAL-incl theft | 2,500 | | 9,605,488 |
| AGREED VALUE: $ 9,605,488    EXP DATE: 02-01-18 | | | | |
| BUSINESS PERSONAL PROPERTY | SPECIAL-incl theft | 2,500 | | 40,000 |
| AGREED VALUE: $    40,000    EXP DATE: 02-01-18 | | | | |

### OPTIONAL  COVERAGES

BUILDING: REPLACEMENT COST                    PERSONAL PROPERTY: REPLACEMENT COST
ORDINANCE OR LAW COVERAGES:
     A - LOSS TO THE UNDAMAGED PORTION OF THE BUILDING
     B - DEMOLITION COST AND C - INCREASED COST OF CONSTRUCTION BLANKET LIMIT OF INSURANCE $2,000,000
WINDSTORM & HAIL DEDUCTIBLE:  3 %   MINIMUM DOLLAR DEDUCTIBLE:    $25,000

"LIMIT OF INSURANCE" FIGURE IS THE TOTAL FOR ALL LOCATIONS. INDIVIDUAL BUILDING LIMITS APPLY PER SCHEDULE ON FILE.
BLANKET LIMITS ARE NOT PROVIDED.

# Commercial  Property

## RENEWAL  DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| NSM Insurance Group<br>555 North Lane, Suite 6060<br>Conshohocken, PA 19428    00000 0000 | Lexington Insurance Company<br>(a capital stock company)<br>99 High Street<br>Boston                    MA 02110 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                    RENEWAL OF |
|---|---|
| COMMODORE CLUB, UNIT 1, INC<br>2675 HORSESHOE DR SOUTH, #401<br>NAPLES              FL 34104 | 41-LX -067045188-2/000  41-LX-067045188-1<br>POLICY PERIOD<br>   FROM: 02-01-17   TO: 02-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

---

**MANUSCRIPT FORMS:**

```
CP0320 (10-92) - MULTIPLE DEDUCTIBLE FORM APPLIES TO ALL BUILDINGS
                 $2,500 DED FOR ALL COVERED PERILS EXCEPT WIND & HAIL


                 SINKHOLE COVERAGE INCLUDED.
                 10% DEDUCTIBLE- PERIL OF SINKHOLE
PRG9184        - 3% ANNUAL AGGREGATE HURRICANE WIND & HAIL DEDUCTIBLE
                 MINIMUM $25,000 PER OCCURENCE

                 $10,000 ALL OTHER WIND & HAIL DEDUCTIBLE
```

## EQUIPMENT BREAKDOWN

**Coverage:**  COMPREHENSIVE   - EXCLUDING PRODUCTION MACHINES    **Program:**  EQUIPMENT BREAKDOWN

**Deductibles:**
   Property Damage:                $2,500
   Business Interruption:
   Consequential Damage:
   Other:

TERRORISM RISK INSURANCE ACT FOR FLORIDA IS INCLUDED                        $468

| | |
|---|---|
| **TOTAL PROPERTY PREMIUM** | **$47,270** |

---

## FORMS AND ENDORSEMENTS

APPLYING TO COMMERCIAL PROPERTY COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:

```
CP0090 (07-88)   IL0255 (03-16)   IL0175 (09-07)   CP1032 (08-08)   IL0112 (06-10)   CP0191 (07-10)
CP0405 (04-02)   CP0320 (10-92)   CP0017 (10-12)   CP1030 (10-12)   90630 (02-07)   PRG9137(03-16)
PRG9184(10-14)   PRG9251(10-14)
```

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

# Commercial  Property

## RENEWAL DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| NSM Insurance Group<br>555 North Lane, Suite 6060<br>Conshohocken, PA 19428          00000 0000 | Lexington Insurance Company<br>(a capital stock company)<br>99 High Street<br>Boston                            MA 02110 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                    RENEWAL OF |
|---|---|
| COMMODORE CLUB, UNIT 1, INC<br>2675 HORSESHOE DR SOUTH, #401<br>NAPLES                     FL 34104 | 41-LX -067045188-2/000 41-LX-067045188-1<br>POLICY PERIOD<br>   FROM: 02-01-17   TO: 02-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

BY: _____

AUTHORIZED REPRESENTATIVE

## FORMS SCHEDULE

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| NSM Insurance Group<br>555 North Lane, Suite 6060<br>Conshohocken, PA 19428          00000 0000 | Lexington Insurance Company<br>(a capital stock company)<br>99 High Street<br>Boston                      MA 02110 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                    RENEWAL OF<br>41-LX -067045188-2/000  41-LX-067045188-1 |
|---|---|
| COMMODORE CLUB, UNIT 1, INC<br>2675 HORSESHOE DR SOUTH, #401<br>NAPLES                      FL 34104 | POLICY PERIOD<br>   FROM: 02-01-17    TO: 02-01-18<br><br>at 12:01 A.M. standard time at the mailing address shown. |

**COMMON POLICY PACKAGE**
```
89644  (06-13)    ECONOMIC SANCTIONS ENDORSEMENT
IL0017 (11-98)    COMMON POLICY CONDITIONS
76105  (02-09)    FLORIDA - CANCELLATION/NON-RENEWAL ENDORSEMENT
PRG2040(07-06)    MINIMUM EARNED PREMIUM
118477 (03-15)    POLICYHOLDER NOTICE TAXES ASSESSMENTS SURCHARGES
PRG2023(05-14)    SERVICE OF SUIT CONDITION
101762 (06-09)    FLORIDA POLICYHOLDER NOTICE ADDENDUM TO THE DEC
```

**COMMERCIAL PROPERTY FORMS**
```
CP0090 (07-88)    COMMERCIAL PROPERTY CONDITIONS
IL0255 (03-16)    FLORIDA CHANGES - CANCELLATION AND NONRENEWAL
IL0175 (09-07)    FLORIDA CHANGES - LEGAL ACTION AGAINST US
CP1032 (08-08)    WATER EXCLUSION ENDORSEMENT
IL0112 (06-10)    FLORIDA CHANGES-MEDIATION OR APPRAISAL(RESIDENTIAL
CP0191 (07-10)    FLORIDA CHANGES-RESIDENTIAL CONDOMINIUM ASSOC.
CP0405 (04-02)    ORDINANCE OR LAW COVERAGE ENDORSEMENT
CP0320 (10-92)    MULTIPLE DEDUCTIBLE FORM
CP0017 (10-12)    CONDOMINIUM ASSOCIATION COVERAGE FORM
CP1030 (10-12)    CAUSES OF LOSS - SPECIAL FORM
90630  (02-07)    ADDITIONAL COVERAGE - EQUIPMENT BREAKDOWN
PRG9137(03-16)
PRG9184(10-14)    WINDSTORM OR HAIL DEDUCTIBLE ENDT-W/HURRICANE DEF
PRG9251(10-14)    WINDSTORM OR HAIL DEDUCTIBLE-ANNUAL AGGREGATE DED
```

# Common  Policy  Declarations

## EXTENDED NAMED INSURED

| | |
|---|---|
| **NAME AND ADDRESS OF PRODUCER**<br><br>NSM Insurance Group<br>555 North Lane, Suite 6060<br>Conshohocken, PA 19428            00000 0000 | **INSURANCE COMPANY**<br>Lexington Insurance Company<br>(a capital stock company)<br>99 High Street<br>Boston                    MA 02110 |
| **NAME AND MAILING ADDRESS OF INSURED**<br><br>COMMODORE CLUB, UNIT 1, INC<br>2675 HORSESHOE DR SOUTH, #401<br>NAPLES                 FL 34104 | **POLICY NUMBER**          RENEWAL OF<br>41-LX -067045188-2/000 41-LX-067045188-1<br>**POLICY PERIOD**<br>    FROM: 02-01-17   TO: 02-01-18<br><br>at 12:01 A.M. standard time at the mailing address shown. |

**FLORIDA POLICYHOLDER NOTICE –
ADDENDUM TO THE DECLARATIONS
FLORIDA STATUTES §626.924 (2)**

THIS POLICY IS ISSUED BY A NON-ADMITTED OR SURPLUS LINES INSURER.

## SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.

101762 (6/09)

## POLICYHOLDER NOTICE

### Taxes, Assessments and/or Surcharges

The taxes, assessments and/or surcharges shown on the declarations page or any premium schedule are collected on behalf of the applicable State(s) and in accordance with such State's laws and regulations.  The payment of these taxes, assessments and/or surcharges is the responsibility of the Named Insured.  In the event the applicable State implements a new tax, assessment and/or surcharge or increases such tax, assessment and/or surcharge during the term of this policy, the Named Insured shall remain responsible for the payment of all amounts due under the policy, including those newly implemented or increased taxes, assessments and/or surcharges.

Any newly implemented or increased taxes, assessments and/or surcharges shall apply on the effective date dictated by the applicable State regardless:

1. Of when the Insurance Company implements the new or increased tax, assessment or surcharge into its systems; or
2. If the Insurance Company recalculates the Named Insured's premium in accordance with the policy's terms and conditions as part of a premium audit after the end of the policy period.

118477 (3/15)

ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement, effective 12:01 A.M.,
Forms a part of Policy No.:

## SERVICE OF SUIT CONDITION

This endorsement modifies insurance provided under the policy:

The following condition is added to this policy and, if applicable, supersedes any Service of Suit Condition currently provided therein:

> In the event of our failure to pay any amount claimed to be due hereunder, we, at your request, will submit to the jurisdiction of a court of competent jurisdiction within the United States. Nothing in this condition constitutes or should be understood to constitute a waiver of our rights to commence an action in any court of competent jurisdiction in the United States to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in the United States.  It is further agreed  that service of process in such suit may be made upon Counsel, Legal Department, Lexington Insurance Company, 99 High Street, Boston, Massachusetts 02110 or his or her representative, and that in any suit instituted against us upon this Policy, we will abide by the final decision of such court or of any appellate court in the event of any appeal.

> Further, pursuant to any statute of any state, territory, or district of the United States which makes provision therefor, we hereby designate the Superintendent, Commissioner or Director of Insurance, or other officer specified for that purpose in the statute, or his or her successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by you or on your behalf or any beneficiary hereunder arising out of this Policy of insurance, and hereby designates the above named Counsel as the person to whom the said officer is authorized to mail such process or a true copy thereof.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

PRG 2023 (5/14)

ENDORSEMENT

This endorsement, effective                    at 12:01 A.M.
forms a part of Policy No.

## COASTAL HABITATIONAL AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

CONDOMINIUM ASSOCIATION COVERAGE FORM
CAUSES OF LOSS – SPECIAL FORM

If any coverage provided by this endorsement is afforded elsewhere in this policy by any other coverage form or endorsement, then applicable limit of insurance shall be the highest single limit provided by this policy. Coverage as respects the coverage form or endorsement that provides a lesser limit for any such duplicate coverage shall not apply.

The **CONDOMINIUM ASSOCIATION COVERAGE FORM** is amended as follows:

I.    Subparagraph **e. Increased Cost of Construction** of Paragraph **4. Additional Coverages (Section A. Coverage)** is deleted in its entirety and replaced with the following:

    e.    **Ordinance or Law**

        (1)  This Additional Coverage applies only to buildings to which the Replacement Cost Coverage applies.

        (2)  In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law that requires you to demolish and clear the site of undamaged parts of the building, subject to the limitations stated in e.(4) through e.(10) of this Additional Coverage.

        (3)  In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in e.(4) through e.(10) of this Additional Coverage.

        (4)  The ordinance or law referred to in e.(2) and e.(3) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

        (5)  Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

            (a)  You were required to comply with before the loss, even when the building was undamaged; and

            (b)  You failed to comply with.

        (6)  Under this Additional Coverage, we will not pay for:

            (a)  The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

| PRG 9137 (3/16) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 5 |
|---|---|---|

      (b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

    (7) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is the lesser of 10% of the Limit of Insurance applicable to that building or $1,000,000 unless a higher limit is shown on the Declarations, or by endorsement hereto.  The amount payable under this Additional Coverage is in addition to the Limits of Insurance.

    (8) With respect to this Additional Coverage:

      (a) We will not pay for the Increased Cost of Construction:

        (i) Until the property is actually repaired or replaced, at the same or another premises; and

        (ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

      (b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(7) of this Additional Coverage, is the increased cost of construction at the same premises.

      (c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(7) of this Additional Coverage, is the increased cost of construction at the new premises.

    (9) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

    (10) The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in e.(7) of this Additional Coverage, is not subject to such limitation.

**II.** Subparagraph **b. Personal Effects And Property Of Others** of Paragraph **5. Coverage Extensions** (Section **A. Coverage**) is deleted in its entirety and replaced with the following:

  **b.** **Personal Effects And Property Of Others**

    You may extend the insurance that applies to Your Business Personal Property to apply to:

    (1) Personal effects owned by you, your officers, your partners or members, your managers or your employees.

    (2) Personal property of others in your care, custody or control. This does not include personal property of others located on your premises of which you have not taken physical possession prior to a loss.

    The most we will pay for loss or damage under this Extension is:

      (a) $2,500 for personal effects covered under **b.(1)** and

      (b) $25,000 for personal property of others covered under **b.(2)** at each described premises.

    Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**III.** Subparagraph **g.** is added to Paragraph **4. Additional Coverages** (Section **A. Coverage**) as follows:

g.  **Unscheduled Business Personal Property**

We will pay for direct physical loss or damage to your unscheduled business personal property. The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

The amount payable under this Additional Coverage is in addition to the Limits of Insurance.

**IV.** Subparagraph **e. Outdoor Property** of Paragraph **5. Coverage Extensions** (Section **A. Coverage**) is deleted in its entirety and replaced with the following:

e.  **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, (other than "stock" of trees, shrubs or plants), including debris removal expense.

The most we will pay for loss or damage under this Extension is $50,000, but not more than $1,000 for any one tree, shrub or plant, unless a higher limit is shown on the Declarations or by endorsement hereto. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

The deductible(s) applicable to your business personal property shall apply to this Coverage Extension. The value of outdoor property will be included with your business personal property values for calculation of the applicable windstorm or hail deductible.

**V.** Subparagraph **g.** is added to Paragraph **5. Coverage Extensions** (Section **A. Coverages**) as follows:

g.  **Loss of Condominium Association Fees and Extra Expense**

You may extend the insurance provided by this Coverage Form to apply to loss of "condominium association fees" sustained by you resulting directly from the necessary untenantability of any unit, during the "period of restoration", caused by direct physical loss or damage to Covered Property by a Covered Cause of Loss. However, the loss of "condominium association fees" does not include "loss assessment charges".

You may extend the insurance provided by this Coverage Form to apply to "extra expense" you incur as a result of direct physical loss or damage to Covered Property by a Covered Cause of Loss.

As used in this Subparagraph **5.g.**, these terms are defined as follows:

(1)  "Condominium association fees" mean fees payable to you in accordance with the Condominium Association agreement between you and a unit owner, and in accordance with the terms of your association by-laws.

(2)  "Extra expense" means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property. Coverage pertains to expenses (other than the expense to repair or replace property) which are incurred to:

(a)  To continue "operations" at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location; or

(b)  To meet contractual obligations to any property manager,

(3)  "Loss assessment charges" mean assessments charged to all unit owners, by the Condominium Association, due to additional costs incurred by the association as a result of physical loss or damage to Covered Property.

(4)  "Period of restoration" means the period of time that:

    **(a)** Begins on the date of direct physical loss or damage to Covered Property by a Covered Cause of Loss; and

    **(b)** Ends on the date when Covered Property should be repaired, rebuilt or replaced with reasonable speed and similar quality;

The most we will pay under this Coverage Extension is $50,000 in any one occurrence. The amount payable under this Coverage Extension is in addition to the Limits of Insurance.

**VI.** Subparagraph **h.** is added to Paragraph **5. Coverage Extensions** (Section **A. Coverages**) as follows:

**h. Coverage for Loss to Portion of Undamaged Building**

This Coverage Extension applies only to buildings to which the Replacement Cost Coverage applies.

In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay for the loss in value of the undamaged portion of the damaged building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

**VII.** The following is added to subparagraph **a.** of Paragraph **4. Loss Payment** (Section **E. Loss Conditions**):

**Margin Clause:**

The premium for this policy is based upon the Limits of Insurance shown in the Declarations or on the Statement of Values on file with us. In the event of covered loss hereunder, we will pay the actual adjusted amount of loss, less applicable deductible(s), but in no event more than the total stated value for all Covered Property including business interruption and related time element coverages plus 15% of such value, less applicable deductible(s).

In the event of any covered loss payable in excess of the Limits of Insurance shown in the Declarations under the first Paragraph above, we shall be due an additional premium for such excess amount. The additional premium shall be based upon the difference between the Limit of Insurance shown in the Declarations and the amount of loss payable under these Margin Clause provisions. The proportion of the additional premium to such difference shall be the same proportion as the total annual policy premium bears to the sum of all Limits of Insurance for premises shown in the Declarations, or by endorsement hereto. The additional premium due shall be earned from the inception of the policy, for the full term of the policy.

For purposes of this Margin Clause, the total stated value shall be the amount(s) corresponding to each location involved in the loss, shown as Limits of Insurance in the Declarations, or on the latest Statement of Values on file with us.

**VIII.** The following is added to Paragraph **4. Loss Payment (Section E. Loss Conditions)**

**Protection of Property**

In the event of imminent loss or damage to Covered Property by a Covered Cause of Loss, your coverage is extended to cover the expenses you incur in taking reasonable steps to protect the Covered Property from damage. You must keep a record of your expenses incurred to protect the Covered Property. We will reimburse such incurred expenses.

As respects windstorm, imminent loss means the issuance of a Tropical Storm Warning, or Hurricane Warning, for your location.

We will not cover expenses incurred to protect against any Cause(s) of Loss excluded from coverage under this Policy.

The most we will pay for Protection of Property is $5,000 in any one occurrence. A deductible of $1,000 will apply to incurred expenses for Protection of Property.

**IX.** The following is added to subparagraph a. of Paragraph **7. Vacancy** (Section **E. Loss Conditions**):

**(3)** Residential condominium buildings that are unoccupied for a period not to exceed 5 consecutive months are not considered vacant, provided that 51% of the condominium units are furnished to the extent that they can be utilized for normal occupancy.

The **CAUSES OF LOSS – SPECIAL FORM** is amended as follows:

**I.** Paragraph **4.** is added to Section **F. Additional Coverage Extensions** as follows:

**4. Sewer Back-Up**

We will pay for direct physical loss or damage to Covered Property solely caused by water or other materials that back up, overflow, or discharge from a sewer or drain.

However, we will not pay for any loss or damage caused by water or other materials that back up, overflow, or discharge from a sewer or drain when such back up, overflow, or discharge is caused by any flood. As used in this Paragraph **4.Sewer Back-Up**, "flood" means accumulation of surface water, mudslide, mudflow, waves, tides, tidal waves and the rising, including overflowing or breaking of boundaries of any body of water, all whether wind driven or not.

The most we will pay for loss or damage by back up, overflow, or discharge from a sewer or drain is $50,000 in any one occurrence. Payments under this Additional Coverage Extension will not increase the applicable Limit of Insurance shown in the Declarations.

**II. Wind Driven Precipitation**

Subparagraph **1.c.** of section **C. Limitations** is deleted in its entirety and replaced by the following:

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

However, we will pay for direct physical loss or damage to the interior of any building or structure, or to personal property in the building or structure caused by or resulting from wind driven precipitation being: rain, snow, sleet or ice, when driven by wind absent any damage to the building or structure.

The most we will pay for loss or damage by wind driven precipitation in any one occurrence is $1,000,000 unless a higher limit is shown on the Declarations or by endorsement hereto.

The policy deductible applicable to windstorm or hail will apply to all loss or damage caused by or resulting from wind driven precipitation.

All other terms and conditions remain the same.

_____
Authorized Representative

| PRG 9137 (3/16) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 5 of 5 |
|---|---|---|

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M.,
Forms a part of Policy No.:

# WINDSTORM OR HAIL DEDUCTIBLE  ENDORSEMENT –
# WITH HURRICANE DEFINITION

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART

## SCHEDULE*

| Prem. No. | Bldg. No. | PROPERTY COVERED, OR BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE | • WINDSTORM OR HAIL DEDUCTIBLE PERCENTAGE, OR • MONETARY (DOLLAR) DEDUCTIBLE, OR • "PERIOD OF RESTORATION" (HOURS) |
|---|---|---|---|
| | | | |

Minimum Per Occurrence Deductible:            $_____ .

* Information required to complete this schedule, if not shown on this endorsement, will be shown in the Declarations or by endorsement hereto.

The Windstorm or Hail Cause of Loss, as used in this endorsement, includes only those occurrences of windstorm or hail that are designated as a "hurricane".

The Windstorm or Hail Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by the Windstorm or Hail and therefore part of the Windstorm or Hail occurrence.

The Windstorm or Hail, "Period of Restoration" (hours), as shown in the Schedule, applies to the "Period of Restoration" for Business Income (and Extra Expense) coverage, if any, as specified in this endorsement.

With respect to Covered Property at a location identified in the Schedule, no other deductible, or "Period of Restoration", applies to Windstorm or Hail.

The Windstorm or Hail Deductible, and "Period of Restoration" (hours), applies whenever there is a Windstorm or Hail occurrence caused by a "hurricane".  If there is a covered loss by windstorm or hail that is not a "hurricane", the applicable deductible is the same deductible that applies to fire, unless a different deductible is stated elsewhere in this policy for such loss or damage.

**DEFINITIONS:**

"Hurricane" is a storm system that has been identified as a hurricane and assigned a name by the National Hurricane Center or the Central Pacific Hurricane Center of the National Weather Service (hereafter referred to as NHC and CPHC). Under the terms of this endorsement, a "hurricane" begins at the time a Watch or Warning is issued by the NHC or CPHC for the area in which the affected premises are located, and ends 72 hours after the termination of the last Watch or Warning issued for that area by the NHC or CPHC.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

## WINDSTORM OR HAIL DEDUCTIBLE CLAUSE

**A.** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible(s) shown in the Schedule. We will then pay the amount of loss or damage in excess of that (those) Deductible(s), up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage.

When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to:

   a. a percentage of the value(s) of the property at time of loss, if a Deductible percentage is shown in the Schedule. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises; or

   b. the highest monetary (dollar) Deductible shown in the schedule; or

   c. if both Deductible percentage and monetary (dollar) Deductible amounts are shown in the Schedule, then the applicable Deductible will be the greater of the deductibles determined by a. and b. above.

**B.** Calculation of the Percentage Deductible – Specific Insurance

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage as shown in the Schedule, of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

**C.** Calculation of the Percentage Deductible – Blanket Insurance

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage as shown in the Schedule, of the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the most recent Statement of Values on file with us.

**D.** Minimum Per Occurrence Deductible

In any one occurrence of loss or damage, the minimum amount that will be deducted from all loss or damage, regardless of the number of locations, or number of buildings, involved in the loss, is the Minimum Per Occurrence Deductible shown in the Schedule.

## WINDSTORM OR HAIL "PERIOD OF RESTORATION"

In the event of loss or damage to Covered Property by an occurrence of Windstorm or Hail, as covered by this endorsement, the Business Income "Period of Restoration" is amended as follows:

"Period of Restoration" means the period of time that:

   a. Begins:

   (1) the number of hours as shown in the Schedule after the time of direct physical loss or damage for Business Income coverage; or

   (2) Immediately after the time of direct physical loss or damage for Extra Expense coverage;

   caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

   (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

   (2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

   (1) Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neu-
tralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of
the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood
Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or
damage attributable to Flood, in accordance with the terms of that endorsement or policy.

All other terms and conditions of the policy remain the same.

_____

Authorized Representative

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M.,
Forms a part of Policy No.:

# WINDSTORM OR HAIL DEDUCTIBLE ENDORSEMENT
# ANNUAL AGGREGATE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART

**SCHEDULE\***

| Prem. No. | Bldg. No. | PROPERTY COVERED, OR BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE | WINDSTORM OR HAIL • DEDUCTIBLE PERCENTAGE, OR • MONETARY (DOLLAR) DEDUCTIBLE, OR • "PERIOD OF RESTORATION" (HOURS) |
|---|---|---|---|

Minimum Per Occurrence Deductible:      $_____ .

Annual Aggregate Deductible:      $_____ .

The Windstorm or Hail Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail and therefore part of the Windstorm or Hail occurrence.

The Windstorm or Hail, "Period of Restoration" (hours), as shown in the Schedule, applies to the "Period of Restoration" for Business Income (and Extra Expense) coverage, if any, as specified in this endorsement.

With respect to Covered Property at a location identified in the Schedule, no other deductible, or "Period of Restoration", applies to Windstorm or Hail.

The Windstorm or Hail Deductible, and "Period of Restoration" (hours), applies whenever there is an occurrence of Windstorm or Hail.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two

| PRG 9251 (10/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 4 |
|---|---|---|

buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

* Information required to complete this schedule, if not shown on this endorsement, will be shown in the Declarations or by endorsement hereto.

**WINDSTORM OR HAIL DEDUCTIBLE CLAUSE**

A.  We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible(s) shown in the Schedule. We will then pay the amount of loss or damage in excess of that (those) Deductible(s), up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage.

When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to:

a.  a percentage of the value(s) of the property at time of loss, if a Deductible percentage is shown in the Schedule. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises; or

b.  the highest monetary (dollar) Deductible shown in the schedule; or

c.  if both Deductible percentage and monetary (dollar) Deductible amounts are shown in the Schedule, then the applicable Deductible will be the greater of the deductibles determined by a. and b. above.

B.  Calculation of the Percentage Deductible - Specific Insurance

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage as shown in the Schedule, of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

C.  Calculation of the Percentage Deductible - Blanket Insurance

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage as shown in the Schedule, of the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the most recent Statement of Values on file with us.

D.  Minimum Per Occurrence Deductible

In any one occurrence of loss or damage, the minimum amount that will be deducted from all loss or damage, regardless of the number of locations, or number of buildings, involved in the loss, is the Minimum Per Occurrence Deductible shown in the Schedule.

**WINDSTORM OR HAIL "PERIOD OF RESTORATION"**

In the event of loss or damage to Covered Property by an occurrence of Windstorm or Hail, as covered by this endorsement, the Business Income (and Extra Expense) Coverage Form, "Period of Restoration" is amended as follows:

"Period of Restoration" means the period of time that:

a.  Begins:

(1)  the number of hours as shown in the Schedule after the time of direct physical loss or damage for Business Income coverage; or

| PRG 9251 (10/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 2 of 4 |
|---|---|---|

(2) Immediately after the time of direct physical loss or damage for Extra Expense coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends on the earlier of:

(1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

ANNUAL AGGREGATE DEDUCTIBLE

When this deductible applies to more than one windstorm or hail event, the following conditions apply:

a.    If the full amount of the Annual Aggregate Deductible for windstorm or hail is deducted from the amount of loss or damage as the result of a windstorm or hail event, the Minimum Per Occurrence deductible as shown in the Schedule shall apply to all future windstorm or hail events covered by this policy;

b. If the amount of loss or damage from the windstorm or hail event does not exceed the windstorm or hail deductible, you shall report such loss or damage to us, provide us with documentation substantiating such loss or damage, and we will document the amount of loss or damage incurred from such event;

c. (1) If a subsequent covered windstorm or hail event occurs, we shall deduct from the amount of loss or damage the greater amount of:

(a) The Annual Aggregate Deductible less the amount documented in Paragraph b. above; or

(b) The Minimum Per Occurrence deductible as stated in the Schedule.

(2) If the amount of loss is greater than the deductible amount as determined in Subparagraph c.(1) above, we shall pay the difference to you, and Paragraph d. shall apply to all subsequent windstorm or hail events.

(3) If the amount of loss is less than the deductible amount as determined in Subparagraph c.(1) above, you shall document the amount of such loss, as per Paragraph b. above, and the provisions of this Paragraph c. shall apply to any subsequent windstorm or hail event.

d. Once you have incurred a deductible amount at or above the Annual Aggregate Deductible, the Minimum Per Occurrence deductible as stated in the Schedule shall apply to all future windstorm or hail events covered by this policy.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

| PRG 9251 (10/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 4 of 4 |
|---|---|---|

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ENDORSEMENT #**

This endorsement, effective 12:01 A.M.                    forms a part of Policy

No.                    issued to                    by

## ECONOMIC SANCTIONS ENDORSEMENT

*This endorsement modifies insurance provided under the following:*

The Insurer shall not be deemed to provide cover and the Insurer shall not be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose the Insurer, its parent company or its ultimate controlling entity to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union or the United States of America.

_____
AUTHORIZED REPRESENTATIVE

89644 6-13

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

This endorsement, effective                            forms part of

policy no.:            issued to

by:

## FLORIDA CANCELLATION/NONRENEWAL ENDORSEMENT

Wherever used in this endorsement: 1) "we", "us", "our", and "Insurer" mean the insurance company which issued this policy, and 2) "you", "your", "named Insured" and "Insured" mean the Named Corporation, Named Organization, Named Sponsor, Named Insured, or Insured stated in the declarations page; and 3) "Other Insured(s)" means all other persons or entities afforded coverage under the policy.

It is hereby agreed and understood that the cancellation provision of this policy is to be deleted in its entirety and to be replaced with the following:

A.     The Insured shown in the Declarations may cancel this policy by mailing or delivering to the Insurer advance written notice of cancellation.

B.1.   Cancellation for Policies in Effect Ninety (90) Days or Less

       If this policy has been in effect ninety (90) days or less the Insurer may cancel this policy by mailing or delivering to the Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

     (a)    Ten (10) days before the effective date of cancellation if the Insurer cancels for nonpayment of premium; or

     (b)    Twenty (20) days before the effective date of cancellation if the Insurer cancels for any other reason, except the Insurer may cancel immediately if there has been:

          1.     A material misstatement or misrepresentation; or
          2.     A failure to comply with underwriting requirements established by the Insurer.

B.2.   Cancellation for Policies in Effect for More Than Ninety (90) Days

       If this policy has been in effect for more than ninety (90) days the Insurer may cancel this policy only for one or more of the following reasons:

     (a)    Nonpayment of premium;

     (b)    The policy was obtained by a material misstatement;

     (c)    There has been a failure to comply with underwriting requirements established by us within ninety (90) days of the date of effectuation of coverage;

     (d)    There has been a substantial change in the risk covered by the policy; or

     (e)    The cancellation is for all insureds under such policies for a given class of insureds.

If the Insurer cancels this policy for any of these reasons, the Insurer will mail or deliver to the Named Insured written notice of cancellation, accompanied by the reasons for the cancellation at least:

    1.    Ten (10) days before the effective date of cancellation if cancellation is for the reason stated in B2(a) above; or

    2.    Forty-five (45) days before the effective date of cancellation if cancellation is for the reasons stated in B2 (b), (c), (d) or (e) above.

B.3.    If this policy is cancelled, the Insurer will send the Named Insured any premium refund due. If the Insurer cancels, the refund will be pro rata. If the Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect.

The following is added:

C.1.    Non-Renewal

    (a)    If the Insurer decides not to renew this policy the Insurer will mail or deliver to the Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least forty-five (45) days prior to the expiration of this policy.

    (b)    Any notice of nonrenewal will be mailed or delivered to the Insured's last mailing address known to the Insurer. If notice is mailed, proof of mailing will be sufficient proof of notice.

C.2.    Renewal

    The Insurer shall give the named insured at least forty-five (45) days advance written notice of the renewal premium.

**ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS OF THE POLICY REMAIN THE SAME.**

AUTHORIZED REPRESENTATIVE

## ENDORSEMENT

**This endorsement, effective 12:01 A.M.,**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## MINIMUM EARNED PREMIUM ENDORSEMENT

This endorsement modifies insurance provided by the policy.  The Common Policy Conditions are modified as follows:

1. Paragraph 5 of Condition A—Cancellation is deleted and replaced with the following paragraph:

   5. If this policy is cancelled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro rata.  If the first Name Insured cancels, earned premium will be computed according to the customary short-rate table and procedure, subject to a Minimum Earned Premium of $  35,453  The cancellation will be effective even if we have not made or offered a refund.

# ADDENDUM TO THE DECLARATIONS

By signing below, the President and the Secretary of the Insurer agree on behalf of the Insurer to all the terms of this Policy.

Jeremy Johnson
PRESIDENT

Tanya Kent
SECRETARY

This policy shall not be valid unless signed at the time of issuance by an authorized representative of the Insurer, either below or on the Declarations page of the policy.

Ethan D. Allen
AUTHORIZED COMPANY REPRESENTATIVE

PRG 2078 (03 16)

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.

2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1987 □

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

        (1) Owned or controlled by you; or

        (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.

    Copyright, ISO Commercial Risk Services, Inc., 1983, 1987    **CP 00 90 07 88**    □

IL 02 55 03 16

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation For Policies In Effect 90 Days Or Less**

**a.** If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with underwriting requirements established by the insurer.

**b.** We may not cancel:

**(1)** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**(2)** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**B.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

C. The following is added to the **Cancellation Common Policy Condition:**

   7. **Cancellation For Policies In Effect For More Than 90 Days**

     a. If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

      (1) Nonpayment of premium;

      (2) The policy was obtained by a material misstatement;

      (3) In the event of failure to comply, within 90 days after the effective date of coverage, with underwriting requirements established by us before the effective date of coverage;

      (4) There has been a substantial change in the risk covered by the policy;

      (5) The cancellation is for all insureds under such policies for a given class of insureds;

      (6) On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

      (7) On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

      (8) The cancellation of some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

     b. If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

      (1) 10 days before the effective date of cancellation if cancellation is for nonpayment of premium;

      (2) 45 days before the effective date of cancellation if:

       (a) Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above, and this policy does not cover a residential structure or its contents; or

       (b) Cancellation is based on the reason stated in Paragraph **7.a.(8)** above;

      (3) 120 days before the effective date of cancellation if:

       (a) Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above; and

       (b) This policy covers a residential structure or its contents.

     c. If this policy has been in effect for more than 90 days and covers a residential structure or its contents, we may not cancel this policy based on credit information available in public records.

D. The following is added:

**Nonrenewal**

   1. If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

     a. 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents, or if nonrenewal is for the reason stated in Paragraph **D.5.;** or

     b. 120 days prior to the expiration of the policy if this policy covers a residential structure or its contents.

   2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

   3. We may not refuse to renew this policy:

     a. On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

    © Insurance Services Office, Inc., 2015    IL 02 55 03 16

    **b.** On the basis of filing of claims for sinkhole loss. However, we may refuse to renew this policy if:

        **(1)** The total of such property insurance claim payments for this policy equals or exceeds the policy limits in effect on the date of loss for property damage to the covered building; or

        **(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

    **c.** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

    **4.** Notwithstanding the provisions of Paragraph **D.3.,** we may refuse to renew this policy if this policy includes Sinkhole Loss coverage. If we nonrenew this policy for purposes of removing Sinkhole Loss coverage, pursuant to section 627.706, Florida Statutes, we will offer you a policy that includes catastrophic ground cover collapse coverage.

    **5.** Notwithstanding the provisions of Paragraph **D.3.,** we may refuse to renew this policy if nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

**E.** **Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss — Residential Property**

    **1.** The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

    **a.** Except as provided in Paragraph **E.1.b.,** we may not cancel or nonrenew the policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we elect to not renew the policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

    **b.** We may cancel or nonrenew the policy prior to restoration of the structure or its contents for any of the following reasons:

        **(1)** Nonpayment of premium;

        **(2)** Material misstatement or fraud related to the claim;

        **(3)** We determine that you have unreasonably caused a delay in the repair of the structure; or

        **(4)** We have paid the policy limits.

        If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph **b.(2)**, **b.(3)** or **b.(4)**, we will give you 45 days' notice.

    **2.** With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

    **3.** With respect to Paragraph **E.2.,** a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

    © Insurance Services Office, Inc., 2015     

IL 01 75 09 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART

The following replaces the second paragraph of the **Legal Action Against Us** Condition:

**LEGAL ACTION AGAINST US**

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

 © ISO Properties, Inc., 2006 ☐

COMMERCIAL PROPERTY
CP 10 32 08 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion in Paragraph **B.** replaces the **Water** Exclusion in this Coverage Part or Policy.

**B. Water**

1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

2. Mudslide or mudflow;

3. Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

4. Water under the ground surface pressing on, or flowing or seeping through:

   **a.** Foundations, walls, floors or paved surfaces;

   **b.** Basements, whether paved or not; or

   **c.** Doors, windows or other openings; or

5. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.**, **3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

IL 01 12 06 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – MEDIATION OR APPRAISAL (COMMERCIAL RESIDENTIAL PROPERTY)

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM (COMMERCIAL PROPERTY COVERAGE PART)
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
MORTGAGEHOLDERS ERRORS AND OMISSIONS COVERAGE FORM
STANDARD PROPERTY POLICY

With respect to a loss to commercial residential property, the following replaces the **Appraisal** Condition:

**Mediation Or Appraisal**

If we and you:

A. Are engaged in a dispute regarding a claim, either may request a mediation of the loss in accordance with the rules established by the Florida Department of Financial Services. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount that you request. The settlement in the course of mediation is binding only if both parties agree, in writing, on a settlement, and you have not rescinded the settlement within three business days after reaching settlement. You may not rescind the settlement after cashing or depositing the settlement check or draft we provided to you.

We will pay the cost of conducting the mediation conference. However, if:

1. You fail to appear at the mediation conference and you wish to schedule a new conference after failing to appear, then the new conference will be scheduled only upon your payment of a sum equal to the fees we paid for the mediation conference at which you failed to appear. This sum will then be applied to the cost of the rescheduled mediation conference, and we will pay the balance, if any, of the cost of conducting the rescheduled mediation conference; or

2. We fail to appear at a mediation conference without good cause, we will pay your actual cash expenses you incur in attending the mediation conference and also pay the total cost of the rescheduled mediation conference.

B. Disagree on the value of the property or the amount of loss, either may request an appraisal of the loss, in writing. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

However, you are not required to submit to, or participate in, any appraisal of the loss as a precondition to action against us for failure to pay the loss, if we:

1. Requested mediation and either party rejected the mediation result; or

2. Failed to notify you of your right to participate in the mediation program.

© Insurance Services Office, Inc., 2009
☐

POLICY NUMBER:                                                       **COMMERCIAL PROPERTY**
**CP 01 91 07 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – RESIDENTIAL CONDOMINIUM ASSOCIATIONS

This endorsement modifies insurance provided under the following:

CONDOMINIUM ASSOCIATION COVERAGE FORM

**SCHEDULE**

| Condominium Additional Building Property | | |
|---|---|---|
| **Premises Number** | **Building Number** | **Additional Covered Property** |
|  |  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Building** section is replaced by the following:

1. Building, meaning the building or structure described in the Declarations, including:

   **a.** Additions, alterations and repairs;

   **b.** Fixtures, outside of individual units, including outdoor fixtures;

   **c.** Permanently installed:

      **(1)** Machinery; and

      **(2)** Equipment;

   **d.** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

      **(1)** Fire extinguishing equipment;

      **(2)** Outdoor furniture;

      **(3)** Floor coverings; and

      **(4)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units;

   **e.** If not covered by other insurance, materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure;

   **f.** Air conditioning and heating equipment, including air conditioning compressors, used to service any part of the building or structure, including individual units and the limited common elements;

   **g.** Any other portion of the condominium property located outside of individual units, including improvements, additions and alterations;

   **h.** Fixtures, improvements, additions and alterations that are a part of the building or structure and contained within the boundaries of an individual unit, regardless of ownership, if your Condominium Association Agreement requires you to insure such property; and

   **i.** Additional property as described in the Schedule or in the Declarations.

2. But Building does not include:

   **a.** Any personal property within individual units or limited common elements except as provided in Paragraph **A.1.f.** of this endorsement;

   **b.** Floor coverings, wall coverings and ceiling coverings located within the boundaries of an individual unit and which serve only such unit;

   **c.** Electrical fixtures, water heaters, water filters, window treatments, including curtains, drapes, blinds, hardware and similar window treatment components, and built-in cabinets and countertops which are located within the boundaries of an individual unit and serve only such unit;

**d.** Appliances, such as those used for refrigerating, ventilating, cooking, dish-washing, laundering, security or housekeeping, which are located within the boundaries of an individual unit and serve only such unit.

**B.** With respect to the coverage provided under this Coverage Form, such coverage will be provided for all portions of the condominium property as originally installed or replacement of like kind and quality, in accordance with the original plans and specifications.

**C.** With respect to Replacement Cost coverage as provided under this Coverage Form, the property described in Paragraph **A.1.f.** of this endorsement is not considered to be the personal property of others.

© Insurance Services Office, Inc., 2010

POLICY NUMBER:

**COMMERCIAL PROPERTY**
**CP 04 05 04 02**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE\***

| Bldg. No./ Prem. No. | Cov. A | Cov. B Limit Of Insur. | Cov. C Limit Of Insur. | Cov. B And C Combined Limit Of Insur. |
|---|---|---|---|---|
| / | ☐ | $ | $ | $        ** |
| / | ☐ | $ | $ | $        ** |
| / | ☐ | $ | $ | $        ** |

\*Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

\*\*Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages **B** and **C,** or if one of these Coverages is not applicable.

**A.** Each Coverage — Coverage **A,** Coverage **B** and Coverage **C** — is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

**B. Application Of Coverage(s)**

The Coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

**1.** The ordinance or law:

**a.** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**b.** Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

**2.a.** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

**b.** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

**c.** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

**3.** In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B,** and/or **C** of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

© ISO Properties, Inc., 2001

(Section **H.** of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B** and/or **C** of this endorsement.

**C.** We will not pay under Coverage **A**, **B** or **C** of this endorsement for:

1. Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

2. The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**D. Coverage**

1. **Coverage A – Coverage For Loss To The Undamaged Portion Of The Building**

   With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

   Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

2. **Coverage B – Demolition Cost Coverage**

   With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

   The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

3. **Coverage C – Increased Cost Of Construction Coverage**

   a. With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

      (1) Repair or reconstruct damaged portions of that building; and/or

      (2) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

      when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

      However:

      (1) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

      (2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

      The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

   b. When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.**:

      (1) The cost of excavations, grading, backfilling and filling;

      (2) Foundation of the building;

      (3) Pilings; and

      (4) Underground pipes, flues and drains.

      The items listed in **b.(1)** through **b.(4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **3.b.**

**E. Loss Payment**

1. All following loss payment Provisions, **E.2.** through **E.5.**, are subject to the apportionment procedures set forth in Section **B.3.** of this endorsement.

           © ISO Properties, Inc., 2001           **CP 04 05 04 02**           □

2. When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   a. If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

      (1) The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

      (2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

   b. If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

      (1) The actual cash value of the building at the time of loss; or

      (2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

3. Unless Paragraph **E.5.** applies, loss payment under Coverage **B** – Demolition Cost Coverage will be determined as follows:

   We will not pay more than the lesser of the following:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The applicable Limit of Insurance shown for Coverage **B** in the Schedule above.

4. Unless Paragraph **E.5.** applies, loss payment under Coverage **C** – Increased Cost of Construction Coverage will be determined as follows:

   a. We will not pay under Coverage **C**:

      (1) Until the property is actually repaired or replaced, at the same or another premises; and

      (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   b. If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

      (1) The increased cost of construction at the same premises; or

      (2) The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

   c. If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

      (1) The increased cost of construction at the new premises; or

      (2) The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

5. If a **Combined** Limit of Insurance is shown for Coverages **B** and **C** in the Schedule above, Paragraphs **E.3.** and **E.4.** of this endorsement do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

   The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages **B** and **C** in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

   a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

   b. With respect to the Increased Cost of Construction:

      (1) We will not pay for the increased cost of construction:

         (a) Until the property is actually repaired or replaced, at the same or another premises; and

         (b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

      (2) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

(3) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

F. The terms of this endorsement apply separately to each building to which this endorsement applies.

G. Under this endorsement we will not pay for loss due to any ordinance or law that:

1. You were required to comply with before the loss, even if the building was undamaged; and

2. You failed to comply with.

H. Example of Proportionate Loss Payment for Ordinance Or Law Coverage Losses (procedure as set forth in Section **B.3.** of this endorsement.)

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss
- The building has a value of $200,000
- Total direct physical damage to building: $100,000
- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value
- Portion of direct physical damage that is covered (caused by wind): $30,000
- Portion of direct physical damage that is not covered (caused by flood): $70,000
- Loss under Ordinance Or Law Coverage **C** of this endorsement: $60,000

Step **1:**

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

Step **2:**

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**Note:** The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

I. The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

© ISO Properties, Inc., 2001
**CP 04 05 04 02**    ☐

POLICY NUMBER:                                              **COMMERCIAL PROPERTY**
                                                               **CP 03 20 10 92**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MULTIPLE DEDUCTIBLE FORM

### (FIXED DOLLAR DEDUCTIBLES)

This endorsement modifies insurance provided under the following:

       BUILDING AND PERSONAL PROPERTY COVERAGE FORM
       BUILDERS' RISK COVERAGE FORM
       CONDOMINIUM ASSOCIATION COVERAGE FORM
       CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
       STANDARD PROPERTY POLICY
       TOBACCO SALES WAREHOUSES COVERAGE FORM

### SCHEDULE *

The Deductibles applicable to any one occurrence are shown below:

| Prem. No. | Bldg. No. | Deductible | Covered Causes of Loss ** |
|---|---|---|---|
|  |  |  |  |

\*   Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

\*\*   For each deductible listed in this Schedule, enter the number corresponding to the Covered Cause(s) of Loss to which that deductible applies (or enter the description):

    **(1)** All Covered Causes of Loss

    **(2)** All Covered Causes of Loss **except** Windstorm or Hail

    **(3)** All Covered Causes of Loss **except** Theft

    **(4)** All Covered Causes of Loss **except** Windstorm or Hail and Theft

    **(5)** Windstorm or Hail

    **(6)** Theft

The following is added to the DEDUCTIBLE section:

**A.** In the event that loss or damage occurs to Covered Property at more than one building location as a result of one occurrence, the largest applicable deductible for that Covered Cause of Loss, shown in the Schedule above or in the Declarations, will apply.

**B.** The terms of this endorsement do not apply to any Earthquake Deductible or to any Windstorm or Hail Percentage Deductible provided elsewhere in this policy.

COMMERCIAL PROPERTY
CP 00 17 10 12

# CONDOMINIUM ASSOCIATION COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, outside of individual units, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure; and

(6) Any of the following types of property contained in a unit, regardless of ownership, if your Condominium Association Agreement requires you to insure it:

(a) Fixtures, improvements and alterations that are a part of the building or structure; and

(b) Appliances, such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping.

But Building does not include personal property owned by, used by or in the care, custody or control of a unit-owner except for personal property listed in Paragraph **A.1.a.(6)** above.

**b. Your Business Personal Property** located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following:

(1) Personal property owned by you or owned indivisibly by all unit-owners;

(2) Your interest in the labor, materials or services furnished or arranged by you on personal property of others; and

(3) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

But Your Business Personal Property does not include personal property owned only by a unit-owner.

**c. Personal Property Of Others** that is:

   **(1)** In your care, custody or control; and

   **(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

   **(1)** The lowest basement floor; or

   **(2)** The surface of the ground if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

   **(1)** Are licensed for use on public roads; or

   **(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

   **(a)** Vehicles or self-propelled machines or autos you manufacture or warehouse;

   **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

   **(c)** Rowboats or canoes out of water at the described premises; or

   **(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

q. The following property while outside of buildings:

    (1) Grain, hay, straw or other crops; or

    (2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

  **a. Debris Removal**

    (1) Subject to Paragraphs (2), (3) and (4), we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

    (2) Debris Removal does not apply to costs to:

      (a) Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

      (b) Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

      (c) Remove property of others of a type that would not be Covered Property under this Coverage Form;

      (d) Remove deposits of mud or earth from the grounds of the described premises;

      (e) Extract "pollutants" from land or water; or

      (f) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

    (a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

    (b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

(4) We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

    (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

    (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if (4)(a) and/or (4)(b) applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

(5) Examples

The following examples assume that there is no Coinsurance penalty.

© Insurance Services Office, Inc., 2011

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $  90,000 |
| Amount of Deductible: | $      500 |
| Amount of Loss: | $  50,000 |
| Amount of Loss Payable: | $  49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $  10,000 |
| Debris Removal Expense Payable: | $  10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $  90,000 |
| Amount of Deductible: | $      500 |
| Amount of Loss: | $  80,000 |
| Amount of Loss Payable: | $  79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $  40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $  10,500 |
| Additional Amount: | $  25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph (4), because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 = 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph (4). Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary for you to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

© Insurance Services Office, Inc., 2011

(9) The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

(1) Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

(2) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

(c) If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

(1) **Buildings**

You may extend the insurance that applies to Building to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

© Insurance Services Office, Inc., 2011

(4) Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

 © Insurance Services Office, Inc., 2011

**g. Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the described premises.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

(a) Will end 90 days after the business personal property has been placed in the storage unit;

(b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---:|
| Deductible: | $    250 |
| Limit of Insurance -- Building 1: | $  60,000 |
| Limit of Insurance -- Building 2: | $  80,000 |
| Loss to Building 1: | $  60,100 |
| Loss to Building 2: | $  90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100
−    250
$ 59,850   Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

© Insurance Services Office, Inc., 2011

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage to Covered Property within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

If you name an insurance trustee, we will adjust losses with you, but we will pay the insurance trustee. If we pay the trustee, the payments will satisfy your claims against us.

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

5. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. **Unit-owner's Insurance**

A unit-owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary and not to contribute with such other insurance.

**7. Vacancy**

**a. Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least **31%** of its total square footage is:

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**8. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b.** and **c.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value, even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

**c.** Glass at the cost of replacement with safety-glazing material if required by law.

**9. Waiver Of Rights Of Recovery**

We waive our rights to recover payment from any unit-owner of the condominium that is shown in the Declarations.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

### Example 1 (Underinsurance)

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

### Example 2 (Adequate Insurance)

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

### Example 3

| When: | The value of the property is: | |
|---|---|---|
| | Building at Location 1: | $ 75,000 |
| | Building at Location 2: | $ 100,000 |
| | Personal Property at Location 2: | $ 75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $ 180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location 2: | $ 30,000 |
| | Personal Property at Location 2: | $ 20,000 |
| | | $ 50,000 |

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 − $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

2. **Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

      (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

      (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

    All of the terms of this Coverage Part will then apply directly to the mortgageholder.

  **e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

      (1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

      (2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

    At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

  **f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

      (1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

      (2) 30 days before the effective date of cancellation if we cancel for any other reason.

  **g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

  **a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

  **b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

  **c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

      (1) On or after the effective date of this Optional Coverage; and

      (2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

  **a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

  **b.** The amount of increase will be:

      (1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

      (2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

      (3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | The applicable Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

  **a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

  **b.** This Optional Coverage does not apply to:

      (1) Personal property of others;

      (2) Contents of a residence; or

      (3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

Under the terms of this Replacement Cost Optional Coverage, personal property owned indivisibly by all unit-owners, and the property covered under Paragraph **A.1.a.(6)** of this Coverage Form, are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© Insurance Services Office, Inc., 2011

COMMERCIAL PROPERTY
CP 10 30 10 12

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. **Ordinance Or Law**

      The enforcement of or compliance with any ordinance or law:

      (1) Regulating the construction, use or repair of any property; or

      (2) Requiring the tearing down of any property, including the cost of removing its debris.

      This exclusion, Ordinance Or Law, applies whether the loss results from:

      (a) An ordinance or law that is enforced even if the property has not been damaged; or

      (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   b. **Earth Movement**

      (1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

      (2) Landslide, including any earth sinking, rising or shifting related to such event;

      (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

      (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

      But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

      (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

      Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

      (a) Airborne volcanic blast or airborne shock waves;

      (b) Ash, dust or particulate matter; or

      (c) Lava flow.

      With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

      Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

      This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs (1) through (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

© Insurance Services Office, Inc., 2011

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

 © Insurance Services Office, Inc., 2011

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.**, does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.**, does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

© Insurance Services Office, Inc., 2011

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused by or resulting from:

   (a) Damage or destruction of "finished stock"; or

   (b) The time required to reproduce "finished stock".

   This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

   (a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

   (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

   (a) Your cancelling the lease;

   (b) The suspension, lapse or cancellation of any license; or

   (c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

   (a) Paragraph **B.1.a.** Ordinance Or Law;

   (b) Paragraph **B.1.c.** Governmental Action;

   (c) Paragraph **B.1.d.** Nuclear Hazard;

   (d) Paragraph **B.1.e.** Utility Services; and

   (e) Paragraph **B.1.f.** War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

   (a) **Contractual Liability**

   We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

   (i) Your assumption of liability was executed prior to the accident; and

   (ii) The building is Covered Property under this Coverage Form.

   (b) **Nuclear Hazard**

   We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

 © Insurance Services Office, Inc., 2011

5. **Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

      (1) Dampness or dryness of atmosphere or of soil supporting the vegetation;

      (2) Changes in or extremes of temperature;

      (3) Disease;

      (4) Frost or hail; or

      (5) Rain, snow, ice or sleet.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

   © Insurance Services Office, Inc., 2011   CP 10 30 10 12

3. The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $2,500 for patterns, dies, molds and forms.

   **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

   The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

   1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

   **(1)** A cause of loss listed in **2.a.** or **2.b.**;

   **(2)** One or more of the "specified causes of loss";

   **(3)** Breakage of building glass;

   **(4)** Weight of people or personal property; or

   **(5)** Weight of rain that collects on a roof.

3. This **Additional Coverage – Collapse** does not apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

(1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

(2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

a. A "specified cause of loss" other than fire or lightning; or

b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

     © Insurance Services Office, Inc., 2011

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

1. **Property In Transit**

   This Extension applies only to your personal property to which this form applies.

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b. Loss or damage must be caused by or result from one of the following causes of loss:

      (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

      (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   c. The most we will pay for loss or damage under this Extension is $5,000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3. **Glass**

   a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

## G. Definitions

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

   **(1)** The cost of filling sinkholes; or

   **(2)** Sinking or collapse of land into man-made underground cavities.

   **b.** Falling objects does not include loss or damage to:

   **(1)** Personal property in the open; or

   **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

   **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

   **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

© Insurance Services Office, Inc., 2011

## ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement, effective                 at 12:01 A.M.                 forms a part of

Policy No.                                  Issued to:

By:

## ADDITIONAL COVERAGE  -  EQUIPMENT BREAKDOWN

In consideration of the premium charged, it is hereby understood and agreed that the following amendments to the policy shall apply:

A.     The following is added as an Additional Coverage:

**Additional Coverage-- Equipment Breakdown**
The term Covered Cause of Loss includes the Additional Coverage - Equipment Breakdown as described below.

1.     We will pay for direct physical loss or damage to Covered Property that is the direct result of an "accident". As used in this Additional Coverage – Equipment Breakdown endorsement, "accident" means a fortuitous event that causes direct physical damage to "covered equipment" as a result of any of the following:
a.     mechanical breakdown, including rupture or bursting caused by centrifugal force;
b.     artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances, or wires;
c.     explosion of steam boilers, steam pipes, steam engines, or steam turbines owned or leased by you, or operated under your control;
d.     loss or damage to steam boilers, steam pipes, steam engines, or steam turbines caused by or resulting from any condition or event inside such equipment; or
e.     loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2.     Unless otherwise shown in the Additional Coverage – Equipment Breakdown Schedule, we will pay for the following when they are the direct result of an "accident". The limits for these coverages are within, and do not increase, the Equipment Breakdown limit.

a.     Expediting Expenses
With respect to your damaged Covered Property, unless otherwise shown in the Additional Coverage – Equipment Breakdown Schedule, we will pay up to $25,000 of the reasonable additional expense to:
(1)     make temporary repairs; and
(2)     expedite permanent repairs or permanent replacement.

90630 (2/07)                          Page 1 of 8

Includes copyrighted material of Insurance Services Office, Inc.

**b.    Hazardous Substances**

We will pay for the "additional expenses" to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the "additional expense" to clean up or dispose of such property.

As used in this Section 2.b., "additional expense" means those amounts beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved. Unless otherwise shown in the Additional Coverage – Equipment Breakdown Schedule, $25,000 is the most we will pay under this Section 2.b., including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered.

**c.    Spoilage**

    (1)    We will pay for physical damage to "perishable goods" that occurs as a result of an "accident".

    (2)    We will pay for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

    (3)    We will also pay any necessary expenses you incur to reduce the amount of loss under the coverage provided by this Section 2.c., to the extent that such expenses do not exceed the amount of loss that otherwise would have been payable under this coverage.

    (4)    If you are unable to replace the "perishable goods" before their anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have incurred. Otherwise our payment will be determined in accordance with the Valuation condition.

    (5)    Unless otherwise shown in the Additional Coverage – Equipment Breakdown Schedule, the most we will pay for loss, damage, or expense under this Section 2.c. is $25,000.

**d.    Computer Equipment**

We will pay for loss, damage, or expense resulting from an "accident" to "computer equipment".

Unless otherwise shown in the Additional Coverage – Equipment Breakdown Schedule, the most we will pay for loss, damage, or expense under this Section 2.d., including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000. "Computer equipment" used primarily to control or operate "covered equipment" is not subject to this limit.

**e.    Data Restoration**

We will pay for your reasonable and necessary cost to research, replace, and restore "data" lost as a result of an "accident".

Unless otherwise shown in the Additional Coverage – Equipment Breakdown Schedule, the most we will pay for loss, damage, or expense under this Section 2.e., including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000.

Includes copyrighted material of Insurance Services Office, Inc.

    f.    Service Interruption Coverage

(1)    Any insurance provided for Business Income, Extra Expense, or Spoilage is extended to apply to your loss, damage, or expense caused by an "accident" to equipment that is owned by a utility, landlord, or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks, or data transmission. The equipment must meet the definition of "covered equipment".

(2)    Unless otherwise shown in the Additional Coverage – Equipment Breakdown Schedule, Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident".

(3)    The most we will pay under this Section 2.f. is either the Business Income, Extra Expense limit or Spoilage limit that applies to the coverage provided under this Additional Coverage - Equipment Breakdown endorsement if such loss, damage, or expense is covered under the policy, except that if a Service Interruption limit is shown in the Additional Coverage – Equipment Breakdown Schedule, that limit will apply to the Business Income and Extra Expense loss under this Section 2.f.

    g.    Business Income and Extra Expense

Any insurance provided under this policy for Business Income or Extra Expense is extended to the coverages provided by this Additional Coverage – Equipment Breakdown endorsement. Unless a different limit is shown in the Additional Coverage – Equipment Breakdown Schedule, the most we will pay for loss of Business Income you sustain or necessary Extra Expense you incur is the limit shown in the Declarations for such coverages.

3.    **EXCLUSIONS**

All exclusions in the Causes of Loss provision(s) of the Coverage Forms attached to and forming a part of this policy apply, except as modified below and to the extent that coverage is specifically provided by this Additional Coverage - Equipment Breakdown endorsement.

    a.    Notwithstanding any other exclusions in the applicable Covered Causes of Loss form, if an "accident" results from the following, we will pay for such resulting loss, damage, or expense:

(1)    Wear and tear;

(2)    Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3)    Settling, cracking, shrinking or expansion; or

(4)    Dampness or dryness of atmosphere, changes or extremes in temperature or marring or scratching.

    b.    As respects any Water and/or Flood exclusion included in this policy, the following is added:

However, if electrical "covered equipment" requires drying out because of Water and/or Flood, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

90630 (2/07)                Page 3 of 8

Includes copyrighted material of Insurance Services Office, Inc.

c.   We will not pay under this Additional Coverage – Equipment Breakdown endorsement for loss, damage, or expense caused by or resulting from:

   (1)   your failure to use all reasonable means to protect Covered Property from damage following an "accident";

   (2)   any defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality, or other condition within or involving "data" or "media" of any kind; or

   (3)   any of the following tests:
         a hydrostatic, pneumatic, or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

d.   With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in A.1.c. above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice, or sleet; freezing; collapse; flood or earth movement.

e.   With respect to Business Income, Extra Expense, and Service Interruption coverages, we will also not pay for:

   (1)   loss caused by your failure to use due diligence and dispatch and all reasonable means to resume business; or

   (2)   any increase in loss resulting from an agreement between you and your customer or supplier.

f.   We will not pay for loss, damage, or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident": Any mold, fungus, mildew, or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew, or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew, yeast, spores, or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that spoilage is covered under the Spoilage coverage provided by this Additional Coverage – Equipment Breakdown endorsement.

g.   We will not pay under this Additional Coverage – Equipment Breakdown endorsement for any loss or damage to animals.

4.   DEFINITIONS
The following definitions are added as respects this Additional Coverage - Equipment Breakdown endorsement:

a.   "Boilers and Vessels" means:

   (1)   Any boiler, including attached steam, condensate, and feedwater piping; and

   (2)   Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.
         This term does not appear elsewhere in this Additional Coverage - Equipment Breakdown endorsement, but may appear in the Additional Coverage – Equipment Breakdown Schedule.

90630 (2/07)                    Page 4 of 8

Includes copyrighted material of Insurance Services Office, Inc.

b.    "Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including "media" and peripherals used in conjunction with such equipment.

c.    "Covered Equipment"
      (1)    "Covered equipment" means, unless otherwise specified in the Additional Coverage – Equipment Breakdown Schedule, Covered Property:
             (a)    that generates, transmits, or utilizes energy, including electronic communications and data processing equipment; or
             (b)    which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.
      (2)    None of the following is "covered equipment":
             (a)    structure, foundation, cabinet, compartment, or air supported structure or building;
             (b)    insulating or refractory material;
             (c)    sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;
             (d)    water piping other than boiler feedwater piping, boiler condensate return piping, or water piping forming a part of a refrigerating or air conditioning system;
             (e)    "vehicle" or any equipment mounted on a "vehicle";
             (f)    satellite, spacecraft, or any equipment mounted on a satellite or spacecraft;
             (g)    dragline, excavation, or construction equipment; or
             (h)    equipment manufactured by you for sale.

d.    "Data" means information or instructions stored in digital code capable of being processed by machinery.

e.    "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

f.    "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks, or floppy disks.

g.    "One accident" means: If an initial "accident" causes other "accidents", all will be considered "one accident". All "accidents" resulting from the same event will be considered "one accident".

h.    "Perishable Goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

i.    "Production Machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. However, "production machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston.

      This term does not appear elsewhere in this Additional Coverage - Equipment Breakdown endorsement, but may appear in the Additional Coverage – Equipment Breakdown Schedule.

90630 (2/07)                          Page 5 of 8

Includes copyrighted material of Insurance Services Office, Inc.

j.    "Vehicle" means, as respects this Additional Coverage – Equipment Breakdown endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor, or harvester. However, any property that is stationary, permanently installed at a covered location, and that receives electrical power from an external power source will not be considered a "vehicle".

B.    The policy to which this Additional Coverage - Equipment Breakdown endorsement is attached is modified as follows.

The definitions stated above also apply to this section B.

1.    DEDUCTIBLE
The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in the Additional Coverage – Equipment Breakdown Schedule. When a separate Equipment Breakdown deductible is shown in the Additional Coverage – Equipment Breakdown Schedule, the following applies:

Only as regards Equipment Breakdown Coverage, the DEDUCTIBLE provision of the policy is deleted and replaced with the following:

a.    Deductibles for Each Coverage
(1)    Unless the Additional Coverage – Equipment Breakdown Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident".
(2)    We will not pay for loss, damage, or expense under any coverage until the amount of the covered loss, damage, or expense exceeds the deductible amount indicated for that coverage in the Additional Coverage – Equipment Breakdown Schedule. We will then pay the amount of loss, damage, or expense in excess of the applicable deductible amount, subject to the applicable limit.
(3)    If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident", only the highest deductible for each coverage will apply.

b.    Direct and Indirect Coverages
(1)    Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the Additional Coverage – Equipment Breakdown Schedule.
(2)    Unless more specifically indicated in the Additional Coverage – Equipment Breakdown Schedule:
(a)    Indirect Coverages Deductibles apply to Business Income and Extra Expense loss as defined in any Business Income coverage that is part of this policy; and
(b)    Direct Coverages Deductibles apply to all remaining loss, damage, or expense covered by this Additional Coverage – Equipment Breakdown endorsement.

Includes copyrighted material of Insurance Services Office, Inc.

    c.    Application of Deductibles

        (1)    Dollar Deductibles

We will not pay for loss, damage, or expense resulting from any "one accident" until the amount of loss, damage, or expense exceeds the applicable Deductible shown in the Additional Coverage – Equipment Breakdown Schedule. We will then pay the amount of loss, damage, or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

        (2)    Time Deductible

If a time deductible is shown in the Additional Coverage – Equipment Breakdown Schedule, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

        (3)    Multiple of Average Daily Value (ADV)

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the period of restoration.

The number indicated in the Additional Coverage – Equipment Breakdown Schedule will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

        (4)    Percentage of Loss Deductibles

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage, or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

    2.    CONDITIONS

The following conditions are added as respects this Additional Coverage - Equipment Breakdown endorsement:

    a.    Suspension

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

Includes copyrighted material of Insurance Services Office, Inc.

(1)     your last known address; or
(2)     the address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

b.     Jurisdictional Inspections
        If any property that is "covered equipment" under this Additional Coverage – Equipment Breakdown endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

c.     Environmental, Safety, and Efficiency Improvements
        If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace with equipment that is better for the environment, safer, or more efficient than the equipment being replaced.

        However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

d.     Coinsurance Additional Coverage – Equipment Breakdown
        If a coinsurance percentage is shown in the Additional Coverage – Equipment Breakdown Schedule for specified coverages, the following condition applies:

        We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The most we will pay is the lesser of the resulting amount, or the applicable limit. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

The most we will pay for loss, damage, or expense under this Additional Coverage – Equipment Breakdown endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations unless otherwise shown in the Additional Coverage – Equipment Breakdown Schedule. Coverage provided under this Additional Coverage – Equipment Breakdown endorsement does not provide an additional amount of insurance.

Includes copyrighted material of Insurance Services Office, Inc.