UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COMMODORE CLUB, UNIT 1, INC.,

    Plaintiff,

v.   Case No: 2:22-cv-462-JES-KCD

LEXINGTON INSURANCE COMPANY,

    Defendant.

## ORDER

On October 17, 2023, the Court entered an Order (Doc. #47) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __20th__ day of November 2023.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record